No. 01–543. GLOBAL NAPS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. ■

No. 01–548. SOCIETA COOPERATIVA L'ARCIERE *v.* KOPKE ET AL. Sup. Ct. Wis. Certiorari denied.

No. 01–562. WISE *v.* FRYAR. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 01–563. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* BASIC AMERICAN INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–568. CITY AND COUNTY OF SAN FRANCISCO *v.* FITZWATER. C. A. 9th Cir. Certiorari denied.

No. 01–569. LYON ET AL. *v.* AGUSTA S. P. A. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–573. KENTUCKY RETIREMENT SYSTEMS ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 01–587. LEMAIRE ET AL. *v.* DANOS & CUROLE MARINE CONTRACTORS, INC. C. A. 5th Cir. Certiorari denied. ■

No. 01–596. CITY OF TACOMA ET AL. *v.* QWEST CORP. C. A. 9th Cir. Certiorari denied.

No. 01–603. DELUXE CORP. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–615. MAHARG, INC. *v.* VAN WERT SOLID WASTE MANAGEMENT DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–616. BUCCELLA *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–617. BARNETT *v.* FARMON, WARDEN. C. A. 9th Cir. Certiorari denied.